(Note: The following orders were before a special third division, consisting of DONLON, RICHARDSON, and FORD, Judges.)

No. 69596.—Diamond Tool Research Company, Inc. v. United States (Christensen Diamond Products Co., Party in Interest), protest 63/17422.—

—C.D. 2551. Application for rehearing, filed by plaintiff on July 29, 1965, stricken.

No. 69597.—Eastern Diamond Products Company, Inc. v. United States (J. E. Bernard & Co., Inc., Party in Interest), protest 63/15539.—

—C.D. 2552. Application for rehearing, filed by plaintiff on July 30, 1965, stricken.

No. 69598.—Mullins Industrial Diamond Corporation v. United States (J. E. Bernard & Co., Party in Interest), protest 63/15538.—

—C.D. 2553. Application for rehearing, filed by plaintiff on July 30, 1965, stricken.

BEFORE THE SECOND DIVISION, OCTOBER 25, 1965

No. 69599.—James G. Wiley Co., a/c Trans-Pacific Electronics, Inc. v. United States, protests 62/1888 and 62/6608 (Los Angeles).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of stethoscopes similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.

No. 69600.—Acme Commercial Company et al. v. United States, protests 63/14220, etc. (San Francisco).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of charcoal fueled stoves and parts thereof similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.